UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHUSONG LIN,

                Plaintiff,

      v.

JD PRODUCE MASPETH LLC,
JD TRUCKING MASPETH INC,
SHENG BO DONG,
YI FENG YE, and
JESSICA DONG,

                Defendants.

------------------------------------------------------------ x

Case No. 20-cv-02746 (WFK) (TAM)

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff SHUSONG LIN hereby moves the Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2 to enter judgment in favor of Plaintiff and against Defendants JD PRODUCE MASPETH LLC, JD TRUCKING MASPETH INC, SHENG BO DONG, and YI FENG YE a/k/a JESSICA DONG,[1] for failure to defend this action by failing to appear, through counsel or otherwise, at the final pretrial conference before the Honorable William F. Kuntz II, U.S.D.J. on January 30, 2025 at 3:30 PM.

Dated: Flushing, NY
        January 31, 2025

The application is ~~granted~~ ~~denied~~
SO ORDERED
s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Jan/31/2025
Brooklyn, New York

By: /s/ Aaron B. Schweitzer
Aaron B. Schweitzer
TROY LAW, PLLC
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355
(718) 762-1324
troylaw@troypllc.com
*Attorneys for Plaintiff*

To:   (via ECF)
       Jian Hang
       Ge Qu

---

[1] Yi Feng Ye and Jessica Dong are the same person, *see* Dkt. No. 85 § VII(18); *see also* Dkt. No. 86 (so-ordering Dkt. No. 85).

1

HANG & ASSOCIATES, PLLC
136-20 38th Avenue
Suite 10G
Flushing, NY 11354
(718) 353-8588
rqu@hanglaw.com
jhang@hanglaw.com
*Attorneys for Defendants*

To:    (via U.S. Mail)
JD Produce Maspeth LLC
JD Trucking Maspeth Inc
57-45 Rust Street
Maspeth, NY 11378

Sheng Bo Dong
Yi Feng Ye a/k/a Jessica Dong
39-18 216th Street
Bayside, NY 11361

The application is ____ granted.
SO ORDERED    ✓ denied

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Jan. 31, 2025
Brooklyn, New York

2