**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
SHUSONG LIN,

                    Plaintiff,        Case No. 20-cv-02746 (WFK) (TAM)

    v.

JD PRODUCE MASPETH LLC,            **DEFAULT JUDGMENT**
JD TRUCKING MASPETH INC,
SHENG BO DONG,
YI FENG YE, and
JESSICA DONG,

                    Defendants.
------------------------------------------------------------------ x

This action having been commenced on June 20, 2020 by the filing of the Summons and Complaint, and copies of the Summons and Complaint having been served on Defendants JD PRODUCE MASPETH LLC, JD TRUCKING MASPETH INC, SHENG BO DONG, and YI FENG YE a/k/a JESSICA DONG,[1] on June 28, 2020—*see* Dkt. Nos. 8 (SHENG BO DONG personally served on June 28, 2020); 9 (JD PRODUCE MASPETH LLC served by personal service on SHENG BO DONG, a person designated by law to accept service on its behalf, on June 28, 2020, and by mail to its place of business 57-45 Rust Street, Maspeth, NY 11378); 11 (JD TRUCKING MASPETH INC served by personal service on SHENG BO DONG, a person designated by law to accept service on its behalf, on June 28, 2020, and by mail to its place of business 57-45 Rust Street, Maspeth, NY 11378); 12, 13 (YI FENG YE a/k/a JESSICA DONG served by personal service on SHENG BO DONG, a person of suitable age and discretion at her actual place of business 57-45 Rust Street, Maspeth, NY 11378, on June 28, 2020, and by mail to her actual place of business 57-45 Rust Street, Maspeth, NY 11378); 13 (YI FENG YE served by personal service on SHENG BO DONG, a person of suitable age and discretion at her actual place

---

[1] Yi Feng Ye and Jessica Dong are the same person, *see* Dkt. No. 85 § VII(18); *see also* Dkt. No. 86 (so-ordering Dkt. No. 85).

1

of business 57-45 Rust Street, Maspeth, NY 11378, on June 28, 2020, and by mail to her actual place of business 57-45 Rust Street, Maspeth, NY 11378)—and proof of service having been filed on June 28, 2020, and the Defendants having Answered the Complaint on August 29, 2020 but having since failed to defend as of January 30, 2025, it is

ORDERED and ADJUDGED: That the Plaintiff has judgment against Defendants in the amount of $18,018.75 in unpaid overtime wages, with interest thereon at 9% *per annum* from February 4, 2020 amounting to $8,126.26, plus liquidated damages in the amount of $18,018.75, plus statutory damages for failure to furnish wage notice and wage statements in the amount of $10,000.00, plus attorney fees of this action in the amount of $97,496.83 and costs and disbursements of this action in the amount of $2,414.94 amounting in all to $154,075.53. And it is

FURTHER ORDERED and ADJUDGED: That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by 15%.

Dated: Brooklyn, NY
      February 6, 2025

BRENNA B. MAHONEY
CLERK OF COURT

by: *Jalitza Poveda*
     Deputy Clerk